[No. 74260-4-I.   Division One.   December 5, 2016.]

RHONDA MOEN, *Respondent*, v. NORTHWEST EDUCATIONAL SERVICE DISTRICT NO. 189, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-2-07161-1, Richard T. Okrent, J., entered October 9, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Trickey, A.C.J., and Spearman, J.

[No. 74435-6-I.   Division One.   December 5, 2016.]

TOM BUTLER ET AL., *Appellants*, v. SKAGIT COUNTY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 15-2-03694-5, Marybeth Dingledy, J., entered November 23, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick and Dwyer, JJ.

[No. 74565-4-I.   Division One.   December 5, 2016.]

JUSTIN D. BUCHANAN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 15-2-08331-7, Timothy A. Bradshaw, J., entered December 18, 2015. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Schindler and Mann, JJ.

[No. 75630-3-I.   Division One.   December 5, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH EDWARD BARRETT, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 14-1-00826-4, Erik D. Price, J., entered August 6, 2015. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, C.J., and Dwyer, J.